Rev 6/14

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORANIA

FILED
JAN 16 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

| | |
|---|---|
| ANDREW MADRID,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>FRED LAWRENCE,<br><br>　　　　　　　　　　Defendant, | CASE NO. 14CV0768-GPC-DHB<br><br>JUDGMENT AND DISMISSAL<br>BY COURT UNDER<br>LOCAL CIVIL RULE 83.11 FOR<br>WANT OF PROSECUTION |

The above entitled cause, having come before the court on a calendar call pursuant to notice under Local Rule 83.11: a party proceeding pro se must keep the court and opposing parties advised as to current address. If mail directed to a pro se plaintiff by the clerk at the plaintiff's last designated address is returned by the Post Office, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of the plaintiff's current address, the court may dismiss the action without prejudice for failure to prosecute.

IT IS ORDERED, ADJUDGED AND DECREED that the above entitled cause is hereby dismissed, without prejudice, for want of prosecution.

Dated: 1/16/15

_____
Hon. Gonzalo P. Curiel
United States District Judge